## Kegg et al. *v.* Bianco et al.

Argued May 27, 1942. Before SCHAFFER, C. J.; MAXEY, DREW, LINN, STERN, PATTERSON and PARKER, JJ.

*E. V. Buckley,* of *Mercer & Buckley,* for appellants Nos. 80 and 81.

*Joseph A. Rossi,* for appellants Nos. 87-90.

*Harry Alan Sherman,* for appellees.

PER CURIAM, June 29, 1942:
We have not been convinced that the court erred in its disposition of this case.
Decree affirmed at appellants' cost.